**FEDERAL PUBLIC DEFENDER**
EASTERN DISTRICT OF VIRGINIA
150 BOUSH STREET, SUITE 403
NORFOLK, VIRGINIA 23510
TEL: (757) 457-0890
FAX: (757) 457-0880

Geremy C. Kamens                                              Suzanne V. Suher Katchmar
Federal Public Defender                                       Assistant Federal Public Defender

January 13, 2017

Re:   *United States of America vs. Rahameem Langford*
      *2:16cr99*

Dear Mr. Langford:

Please accept this as a confirmation of our conversation earlier today.

Your hearing on the Petition on Supervised Release is scheduled before United States District Court Judge Mark S. Davis on **Thursday, March 9, 2017, at 2:30 p.m.** in the Norfolk Division, 600 Granby Street, Norfolk, Virginia. You do **not** need to appear in court on January 18, 2017.

As I advised you, I will be out of the office beginning January 16, and returning on January 24, 2017. Please contact me January 24 or 25, 2017, to set an office conference.

I look forward to hearing from you at (757) 457-0890 or suzanne_katchmar@fd.org.

Sincerely,

Suzanne V. Katchmar
Assistant Federal Public Defender